# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **D.T.A.**, <br><br> *Plaintiff,* <br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> *Defendant.* | **CIVIL ACTION NO.** <br> **5:20-cv-00318-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] to remand this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) "for a reevaluation of the evidence." [Doc. 22, pp. 1, 11]. Neither party filed an objection to the magistrate judge's Recommendation; therefore, the Court reviews it for clear error. 28 U.S.C. § 636(b)(1)(A). Having reviewed the Recommendation [Doc. 22], the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) so that the Administrative Law Judge may clearly articulate and adequately explain the weight accorded to the medical opinions of Doctors Saquib Nazir and Andre Haynes as well as other relevant medical evidence

related to D.T.A's "medical condition as a whole." [Doc. 22, pp. 4-11]; *Dyer v. Barnhart*, 395 F.3d 1206, 1210–11 (11th Cir. 2005).

**SO ORDERED**, this 29th day of October, 2021.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**